UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ISABEL ACOSTA                                        Case No: 18-17471-AJC

                                                     Chapter 13

_____Debtors_____/

## NOTICE OF FILING APPRAISAL REPORT IN SUPPORT OF DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN BY TRINITY FINANCIAL SERVICES LLC.

Isabel Acosta, ("Debtor"), through the undersigned counsel files the Appraisal Real Property in support of the Renewed Motion to Value and Determine Secured Status of Lien Of TRINITY FINANCIAL SERVICES, LLC. on Real Property [DE #41].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above document was Simultaneously mailed on this 17$^h$ day of December 2018, via NEF and to all partied registered to receive electronic notices and/or first class mail to the attached matrix list.

**Del Pino Law Firm**
**900 W. 49th Street, Suite 422**
**Hialeah Florida 33012**
**P. (305) 362.6277**
**F. (888) 327.2399**
mail@delpinolaw.com

___/s/ *Haven Del Pino*___
**Haven Del Pino, Esq.**
**Florida Bar No. 88606**

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
894 W 79th St
Hialeah, FL 33014
25 52 40 .09 AC M/LSUB OF PB 2-17W28FT OF E607FT OF S135FT OFN160FT OF TR 2*

## FOR
ACOSTA

## OPINION OF VALUE
215,000

## AS OF
12/07/2018

# Restricted Appraisal Report

File No.: 1218u

## SUBJECT

| | |
|---|---|
| Property Address: | 894 W 79th St |
| City: | Hialeah |
| State: | FL |
| Zip Code: | 33014 |
| County: | Miami Dade |
| Legal Description: | 25 52 40 .09 AC M/L |
| SUB OF PB 2-17 | W28FT OF E607FT OF S135FT OFN160FT OF TR 2* |
| Assessor's Parcel #: | 04-2025-012-0780 |
| Tax Year: | 2017 |
| R.E. Taxes: $ | 688 |
| Special Assessments: $ | Kone Known |
| Borrower (if applicable): | ACOSTA |
| Current Owner of Record: | ACOSTA |
| Occupant: | ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing |
| Project Type: | ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) TOWNHOUSE |
| HOA: $ | n/a ☐ per year ☐ per month |
| Market Area Name: | HIALEAH |
| Map Reference: | 52-40-25 |
| Census Tract: | 0093.07 |

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: current market value.

Intended User(s) (by name or type): ACOSTA
Client: ACOSTA   Address: N/A
Appraiser: Jorge Luis Canellas CERT GEN RZ3065   Address: 18062 NW 87 Court, Miami, FL 33018

## MARKET AREA DESCRIPTION

| Location: | ☒ Urban ☐ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) / AGE (yrs) | One-Unit 90% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 85 | | 2-4 Unit % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☒ Tenant 10 | 150 Low 1 | Multi-Unit % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 480 High 100 | Comm'l 10% | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 320 Pred 40 | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject is located on North of W 68 Street, South of Gratigny PKWY. The subject property is situated within reasonable proximity to major amenities such as: schools, employment facilities, recreational facilities, shopping, public transportation, and service facilities. A thorough research was performed of the subject's immediate area, this research indicated the subject is located in an average market place in which residential properties similar to the subject take approximately 3 to 6 months to sell, There appears to be stability in property values and a balance of properties for sale. These figures were obtained from the appraisers observation of the marketing time for listings and sales within the immediate area.

## SITE DESCRIPTION

| | |
|---|---|
| Dimensions: | N/A |
| Site Area: | 3,780 SF |
| Zoning Classification: | R 4 |
| Description: | RESIDENTIAL |
| Zoning Compliance: | ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning |
| Are CC&Rs applicable? | ☐ Yes ☒ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☐ No |
| Ground Rent (if applicable): | $ / |
| Highest & Best Use as improved: | ☒ Present use, or ☐ Other use (explain) |
| Actual Use as of Effective Date: | 12/07/2018 |
| Use as appraised in this report: | Residential |
| Summary of Highest & Best Use: | AS IS |

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Slight Upward Slope |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Typical |
| Gas | ☐ | ☐ | | Curb/Gutter | No | ☐ | ☐ | Shape | Typical |
| Water | ☒ | ☐ | | Sidewalk | Yes | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Yes | ☒ | ☐ | View | Water |
| Storm Sewer | ☒ | ☐ | | Alley | No | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☒ Yes ☐ No   FEMA Flood Zone AE   FEMA Map # 12086C0118L   FEMA Map Date 9/11/2009
Site Comments: Entry and egress from street is found to be unproblematic.

## IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | Electric |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete | Slab | Concrete | Area Sq. Ft. | | Type | Electric |
| # of Stories | 1 | Exterior Walls | Typical | Crawl Space | No | % Finished | | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Shingle/Flat | Basement | None | Ceiling | | | |
| Design (Style) | Townhouse | Gutters & Dwnspts. | Yes | Sump Pump ☐ | no | Walls | | Cooling | Yes |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Awn/Sgl Hg | Dampness ☐ | | Floor | | Central | |
| Actual Age (Yrs.) | 1965 | Storm/Screens | Yes | Settlement | | Outside Entry | | Other | Units |
| Effective Age (Yrs.) | 20 | | | Infestation | None Observe | | | | |

| Interior Description | Appliances | Attic ☐ None | Amenities | Car Storage ☐ None |
|---|---|---|---|---|

# Restricted Appraisal Report

File No.: 1218u

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Homeowner / County Records / Tax Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: The subject with no transaction within the last three years. |
|---|---|
| Date: | |
| Price: | |
| Source(s): tax records | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 894 W 79th St Hialeah, FL 33014 | 949 W 80th Pl Hialeah, FL 33014 | | 7010 W 15th Ct Hialeah, FL 33014 | | 1711 W 72nd St Hialeah, FL 33014 | |
| Proximity to Subject | | 0.16 miles NW | | 0.96 miles SW | | 1.09 miles SW | |
| Sale Price | $ N/A | $ 215,000 | | $ 197,000 | | $ 243,000 | |
| Sale Price/GLA | $ 140.17 /sq.ft. | $ 168.23 /sq.ft. | | $ 201.02 /sq.ft. | | $ 184.93 /sq.ft. | |
| Data Source(s) | Tax / County Rec. | Tax / SFMLS | | Tax / SFMLS | | Tax / SFMLS | |
| Verification Source(s) | Int/Ext Inspection | Int/Ext Inspection | | Int/Ext Inspection | | Int/Ext Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | Not Applicable None Known | Conv 0 | | Cash 0 | | FHA 0 | |
| Date of Sale/Time | N/A | 08/10/2018 | | 03/09/2018 | | 06/19/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Average | Average | | Average | | Average | |
| Site | 3,780 SF | 1892 SF | +3,776 | 3640 SF | | 2321 SF | +2,918 |
| View | Water | Average | +10,000 | Water | | Water | |
| Design (Style) | Townhouse | Townhouse | | Townhouse | | Townhouse | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 53 | 47 | | 52 | | 46 | |
| Condition | Average | Average+ | -5,000 | Average+ | -5,000 | Average+ | -5,000 |
| Above Grade Room Count | Total 5 / Bdrms 2 / Baths 1 | Total 5 / Bdrms 2 / Baths 1 | | Total 5 / Bdrms 2 / Baths 1 | | Total 5 / Bdrms 2 / Baths 2.5 | -2,000 |
| Gross Living Area | 1,161 sq.ft. | 1,278 sq.ft. | -5,850 | 980 sq.ft. | +9,050 | 1,314 sq.ft. | -7,650 |
| Basement & Finished Rooms Below Grade | N/A N/A | N/A N/A | | N/A N/A | | N/A N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Yes | Yes | | Yes | | Yes | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | Open Parking | Open Parking | | 2 Cr Carport | -3,000 | Open Parking | |
| Porch/Patio/Deck | Entry | Entry | | Entry | | Entry | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 2,926 | ☒ + ☐ - | $ 1,050 | ☐ + ☒ - | $ -11,732 |
| Adjusted Sale Price of Comparables | | | $ 217,926 | | $ 198,050 | | $ 231,268 |

Summary of Sales Comparison Approach  The comparable sales although distant are considered good indicators of the subject's estimated market value. Sales recited are from the subject's neighborhood and are in acceptable proximity to the subject. They are the most recent and most comparable found. All values affecting dissimilarities were adjusted according to market reaction. The subject is need of updating and repairs, therefore the comps required an adjustment respectively.

## COST APPROACH TO VALUE (if developed)  ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

**\*\* COST APPROACH IS NOT DEVELOPED.**

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|
| Source of cost data: | DWELLING       Sq.Ft. @ $ | =$ |
| Quality rating from cost service:   Effective date of cost data: |   Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): |   Sq.Ft. @ $ | =$ |
|  |   Sq.Ft. @ $ | =$ |
|  |   Sq.Ft. @ $ | =$ |
|  |  | =$ |
|  | Garage/Carport     Sq.Ft. @ $ | =$ |
|  | Total Estimate of Cost-New | =$ |
|  | Less  Physical  Functional  External Depreciation | =$(         ) |
|  | Depreciated Cost of Improvements | =$ |
|  | "As-is" Value of Site Improvements | =$ |
|  |  | =$ |
|  |  | =$ |
| Estimated Remaining Economic Life (if required):      Years | INDICATED VALUE BY COST APPROACH | =$ |

## INCOME APPROACH TO VALUE (if developed)    ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $         X Gross Rent Multiplier         = $         Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project: n/a
Describe common elements and recreational facilities: none

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 215,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ N/A

Final Reconciliation  Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. This approach is given all emphasis in the reconciliation. The Cost Approach and the Income Approach were not considered for this assignment.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 215,000    , as of: 12/07/2018    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains  13  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work        ☒ Limiting Cond./Certifications   ☐ Narrative Addendum   ☒ Photograph Addenda   ☐ Sketch Addendum
☒ Map Addenda          ☐ Additional Sales                ☐ Cost Addendum        ☐ Flood Addendum       ☐ Manuf. House Addendum
☐ Hypothetical Conditions ☐ Extraordinary Assumptions    ☐                      ☐                      ☐

Client Contact:             Client Name: ACOSTA

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of
hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

# Assumptions, Limiting Conditions & Scope of Work

File No.: 1218u

| | | | | |
|---|---|---|---|---|
| Property Address: | 894 W 79th St | City: Hialeah | State: FL | Zip Code: 33014 |
| Client: | ACOSTA | Address: N/A | | |
| Appraiser: | Jorge Luis Canellas CERT GEN RZ3065 | Address: 18067 NW 87 Court, Miami, FL 33018 | | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis
of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any
hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous
wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any
such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the
appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items
that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report
and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the
client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors

# Certifications

File No.: 1218u

| Property Address: | 894 W 79th St | City: | Hialeah | State: FL | Zip Code: 33014 |
| Client: | ACOSTA | Address: | N/A | | |
| Appraiser: | Jorge Luis Canellas CERT GEN RZ3065 | Address: | 18067 NW 87 Court, Miami, FL 33018 | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**
I have not appraised this property within the past three years.

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

I Have not appraised the subject within the last three years.

**RECONCILIATION:**

Three approaches to value were considered. The appraiser considered that the income approach to value was inappropriate since there is no rental data to support the development of a gross rent multiplier. When arriving at the subject's final estimate of value most of the emphasis was placed on the sales comparison approach to value, as a result of the reliability of market data. The cost approach was not considered and/or developed. Most weight was placed on the sales #1 and #2, since they appear to be indicative of similar sales activity.

Exposure Time: The exposure time estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market vale on the effective date of the appraisal. Most types of residential dwellings similar to the subject have marketing periods ranging from three to six months. Exposure time is a retrospective opinion on an analysis of past events assuming a competitive and open market.

| Client Contact: | | Client Name: | ACOSTA |

| Borrower | ACOSTA | | | | |
|---|---|---|---|---|---|
| Property Address | 894 W 79th St | | | | |
| City | Hialeah | County | Miami Dade | State FL | Zip Code 33014 |
| Lender/Client | ACOSTA | | | | |

**Subject**

894 W 79th St
Sales Price N/A
G.L.A. 1,161
Tot. Rooms 5
Tot. Bedrms 2
Tot. Bathrm 1
Location Average
View Water
Site 3,780 SF
Quality Average
Age 53



**Rear**



**Subject**



Subject Photo Page

| Borrower | ACOSTA | | | | |
|---|---|---|---|---|---|
| Property Address | 894 W 79th St | | | | |
| City | Hialeah | County | Miami Dade | State FL | Zip Code 33014 |
| Lender/Client | ACOSTA | | | | |



**Subject**

894 W 79th St
Sales Price          N/A
Gross Living Area    1,161
Total Rooms          5
Total Bedrooms       2
Total Bathrooms      1
Location             Average
View                 Water
Site                 3,780 SF
Quality              Average
Age                  53



**Subject**



**Subject**

| Borrower | ACOSTA | | | | |
|---|---|---|---|---|---|
| Property Address | 894 W 79th St | | | | |
| City | Hialeah | County | Miami Dade | State FL | Zip Code 33014 |
| Lender/Client | ACOSTA | | | | |



### Subject

| | |
|---|---|
| 894 W 79th St | |
| Sales Price | N/A |
| Gross Living Area | 1,161 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Average |
| View | Water |
| Site | 3,780 SF |
| Quality | Average |
| Age | 53 |



### Water Stain



### Water Stain

| | |
|---|---|
| Borrower | ACOSTA |
| Property Address | 894 W 79th St |
| City | Hialeah |
| County | Miami Dade |
| State | FL |
| Zip Code | 33014 |
| Lender/Client | ACOSTA |



### Comparable 1
949 W 80th Pl
| | |
|---|---|
| Proximity | 0.16 miles NW |
| Sale Price | 215,000 |
| GLA | 1,278 |
| Total Rooms | 5 |
| Total Bedrms | 2 |
| Total Bathrms | 1 |
| Location | Average |
| View | Average |
| Site | 1892 SF |
| Quality | Average |
| Age | 47 |



### Comparable 2
7010 W 15th Ct
| | |
|---|---|
| Proximity | 0.96 miles SW |
| Sale Price | 197,000 |
| GLA | 980 |
| Total Rooms | 5 |
| Total Bedrms | 2 |
| Total Bathrms | 1 |
| Location | Average |
| View | Water |
| Site | 3640 SF |
| Quality | Average |
| Age | 52 |



### Comparable 3
1711 W 72nd St
| | |
|---|---|
| Proximity | 1.09 miles SW |
| Sale Price | 243,000 |
| GLA | 1,314 |
| Total Rooms | 5 |
| Total Bedrms | 2 |

Location Map

| Borrower | ACOSTA | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 894 W 79th St | | | | | |
| City | Hialeah | County | Miami Dade | State | FL | Zip Code 33014 |
| Lender/Client | ACOSTA | | | | | |



```
Label Matrix for local noticing          Synchrony Bank                           Trinity Financial Services LLC
113C-1                                   PRA Receivables Management, LLC          c/o Law Offices of Damian G. Waldman PA
Case 18-17471-AJC                        c/o Valerie Smith                        P O Box 5162
Southern District of Florida             PO Box 41021                             Largo, FL 33779-5162
Miami                                    Norfolk, VA 23541-1021
Mon Dec 17 16:32:34 EST 2018

Afni, Inc.                               Bsi Financial Services                   (p)CAINE & WEINER COMPANY
Po Box 3097                              314 S Franklin St                        12005 FORD ROAD 300
Bloomington, IL 61702-3097               Titusville, PA 16354-2168                DALLAS TX 75234-7262


(p)CAPITAL ONE                           Capital One Bank (USA), N.A.             Cavalry SPV II, LLC
PO BOX 30285                             PO Box 71083                             500 Summit Lake Drive, Ste 400
SALT LAKE CITY UT 84130-0285             Charlotte, NC  28272-1083                Valhalla, NY 10595-2321


Cen Car Fin                              Cig Financial                            Citihealth
7547 West 24 Ave Suite 100               Po Box 19795                             Po Box 6497
Hialeah, FL 33016-6515                   Irvine, CA 92623-9795                    Sioux Falls, SD 57117-6497


Comenitybank/ny&co                       Crdt Express                             Credit Collection Serv
Po Box 182789                            2455 Hollywood Blvd                      Po Box 607
Columbus, OH 43218-2789                  Hollywood, FL 33020-6605                 Norwood, MA 02062-0607


Deutsche Bank Trust for Saxon Mortgage,  Enhanced Recovery Co L                   Fed Loan Serv
c/o Robert Anschutz & Schneid PL         8014 Bayberry Rd                         Po Box 60610
6409 COngress Ave. Suite 100             Jacksonville, FL 32256-7412              Harrisburg, PA 17106-0610
Boca Raton, FL 33487-2853


Franklin Collection Sv                   Frd Motor Cr                             LVNV Funding, LLC its successors and assigns
2978 W Jackson St                        Po Box Box 542000                        assignee of HSBC Receivables
Tupelo, MS 38801-6731                    Omaha, NE 68154-8000                     Acquisition Corporation (USA) IV
                                                                                  Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville, SC 29603-0587

Navient                                  Office of the US Trustee                 Quantum3 Group LLC as agent for
Po Box 9500                              51 S.W. 1st Ave.                         Comenity Bank
Wilkes Barre, PA 18773-9500              Suite 1204                               PO Box 788
                                         Miami, FL 33130-1614                    Kirkland, WA  98083-0788


Syncb/jcp                                Trinity Financial Services, LLC          Trinity Financial Services, LLC
Po Box 965007                            2618 SAN MIGUEL DRIVE, SUITE 303         C/o Newport Beach Law Group
Orlando, FL 32896-5007                   Newport Beach, CA 92660-5437             120 Tustin Ave. Suite C#1125
                                                                                  Newport Beach, CA 92663-4729


UNITED STATES DEPARTMENT OF EDUCATION    Us Dept Of Ed/glelsi                     eCAST Settlement Corporation
CLAIMS FILING UNIT                       2401 International Lane                  PO Box 29262
PO BOX 8973                              Madison, WI 53704-3121                   New York NY 10087-9262
MADISON, WI 53708-8973
```

```
Haven Del Pino                      Isabel Acosta                       Nancy K. Neidich
900 W 49 St. # 422                  894 W. 79 St.                       www.ch13miami.com
Hialeah, FL 33012-3487              Hialeah, FL 33014-3536              POB 279806
                                                                        Miramar, FL 33027-9806
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Caine & Weiner Co                   Capital One
Po Box 55848                        15000 Capital One Dr
Sherman Oaks, CA 91413              Richmond, VA 23238
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                            End of Label Matrix
                                    Mailable recipients    32
                                    Bypassed recipients     1
                                    Total                  33
```